U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 2 4 2008

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **RODNEY CHATMAN** | **CIVIL ACTION NO. 07-222-P** |
| **VERSUS** | **JUDGE STAGG** |
| **WARDEN TIM WILKINSON** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DENIED** and that this action is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24th day of September 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE